

vincegarridoind

LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

AUG 0 8 2007

JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00074 |
| Plaintiff, | **INDICTMENT** |
| vs. | **HOBBS ACT ROBBERY**<br>[18 U.S.C. §§ 1951(a) & 2]<br>(Count I)<br>**USING AND CARRYING A FIREARM DURING A CRIME OF VIOLENCE**<br>[18 U.S.C. §§ 924(c)(1)(A)(ii) & 2]<br>(Count II) |
| VINCE P.T. GARRIDO, | |
| Defendant. | |

THE GRAND JURY CHARGES:

### COUNT I - HOBBS ACT ROBBERY

1. At all times material to this Indictment, House of Liberty Game Room, District of Guam, was engaged in the business of gaming and selling of retail and commercial items. House of Liberty Game Room's business operations affected interstate and foreign commerce.

2. On or about March 21, 2007, in the District of Guam, VINCE P.T. GARRIDO, the defendant, unlawfully, wilfully and knowingly, committed robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), by unlawfully taking and obtaining personal property and property in the possession of Josh J. Ninete, a cashier and employee of the House of Liberty Game Room, against that person's will, by means of actual and threatened force, and

-1-

violence, and fear of injury, immediate or future, to that person and that person's property, and property in that person's custody and possession, and thereby obstructed, delayed and affected commerce, and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), all in violation of Title 18, United States Code, Sections 1951(a) and 2.

## COUNT II - USING AND CARRYING A FIREARM DURING A CRIME OF VIOLENCE

3. The Grand Jury realleges, adopts, and incorporates by reference herein, the allegations contained in paragraphs 1 and 2 as if fully set forth herein.

4. On or about March 21, 2007, in the District of Guam, VINCE P.T. GARRIDO, the defendant, unlawfully, knowingly, and wilfully, during and in relation to a crime of violence for which the defendant may be prosecuted in a court of the United States, namely, the Hobbs Act Robbery charged in Count One of this Indictment, used and carried a firearm, and in furtherance of such crimes, possessed such firearm, and brandished such firearm, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.

DATED this  8th  day of August, 2007.

A TRUE BILL.



Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney

Reviewed:

By: _____
JEFFREY J. STRAND
First Assistant U.S. Attorney

**Criminal Case Cover Sheet**                                                                U.S. District Court

**Place of Offense:**

City _____Hagåtña_____

Country/Parish _____

**Related Case Information:**

Superseding Indictment _____ Docket Number **07-00074**
Same Defendant _____  New Defendant __x__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes _____ No __X__   Matter to be sealed: _____ Yes __x__ No

Defendant Name   __VINCE T. GARRIDO_____

Alias Name       _____

Address          _____

                 __Dededo, Guam_____

Birthdate __Xx/xx/1968__ SS# __xxx-xx-7164__ Sex __M__ Race __PI__ Nationality _Chamorro_

**U.S. Attorney Information:**

AUSA ____Rosetta L. San Nicolas_____

Interpreter:  __X__ No ___Yes   List language and/or dialect: _____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

RECEIVED AUG -8 2007 DISTRICT COURT OF GUAM HAGATNA, GUAM

**U.S.C. Citations**

Total # of Counts: __2__   _____ Petty _____ Misdemeanor __X__ Felony

| Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 18 USC 1951(a) & 2 | Hobbs Act Robbery | 1 |
| Set 2 18 USC 924(c)(1)(A)(ii) & 2 | Using and Carrying a Firearm During a Crime of Violence | 2 |
| Set 3 | | |
| Set 4 | | |

(May be continued on reverse)

Date: __8/8/07_____  Signature of AUSA: _____