# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-07-00074-001          DATE: August 10, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

| | |
|---|---|
| Law Clerk: Judith P. Hattori | Court Reporter: Wanda Miles |
| Courtroom Deputy: Leilani Toves Hernandez | Electronically Recorded: 2:30:46 - 2:38:30 |
| CSO: B. Benavente | |

**APPEARANCES:**

| | |
|---|---|
| Defendant: Vince P.T. Garrido | Attorney: John Gorman |
|    Present    Custody    Bond    P.R. |    Present    Retained    FPD    CJA |
| U.S. Attorney: Rosetta San Nicolas | U.S. Agent: Hoang Nguyen, A.T.F. |
| U.S. Probation: Stephen Guilliot | U.S. Marshal: T. Muna / G. Perez |
| Interpreter: | Language: |

**PROCEEDINGS: Initial Appearance on an Indictment and Arraignment**

- Financial Affidavit reviewed and accepted: Federal Public Defender appointed to represent the defendant.
- Defendant sworn and examined.
- Defendant arraigned and advised of his rights, charges and penalties.
- Defendant waives reading of Indictment.
- Plea entered: Not guilty
- Trial set for: October 10, 2007 at 9:30 a.m.
- Defendant remanded to the custody of the U.S. Marshals Service for: Detention

NOTES: