DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00074 |
| Plaintiff, | ) | |
| vs. | ) | APPOINTMENT ORDER |
| VINCE P.T. GARRIDO, | ) | |
| Defendant. | ) | |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent the Defendant in the above-entitled case *nunc pro tunc* to August 9, 2007.

/s/ **Joaquin V.E. Manibusan, Jr.**
U.S. Magistrate Judge
**Dated: Aug 10, 2007**