AO 83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF

**FILED**
DISTRICT COURT OF GUAM
AUG 10 2007
JEANNE G. QUINATA
Clerk of Court

| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
|---|---|
| V. | |
| VINCE P.T. GARRIDO | Case Number: CR-07-00074 |

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

**FILED**
DISTRICT COURT OF GUAM
AUG 15 2007
JEANNE G. QUINATA
Clerk of Court

| Place | Room |
|---|---|
| District Court of Guam<br>3rd Floor, U.S. Courthouse, 520 West Soledad Avenue<br>Hagatna, Guam 96910<br>Before: MAGISTRATE JUDGE JOAQUIN V.E. MANIBUSAN, JR. | Date and Time<br>Friday August 10, 2007 at 2:30 p.m. |

To answer a(n)
X Indictment  ☐ Information  ☐ Complaint  ☐ Probation Violation Petition  ☒ Supervised Release Violation Petition  ☐ Violation Notice

Charging you with a violation of _____ United States Code, Section(s) _____

**Brief description of offense:**

Count I - HOBBS ACT ROBBERY, 18 U.S.C. §§ 1951(a) & 2
Count II - USING AND CARRYING A FIREARM DURING A CRIME OF
    VIOLENCE, 18 U.S.C. §§ 924(c)(1)(A)(ii) & 2

**WALTER M. TENORIO, Deputy Clerk**
Name and Title of Issuing Officer

Signature of Issuing Officer

**August 8, 2007**
Date

ORIGINAL

AO 83 (Rev. 10/03) Summons in a Criminal Case

## RETURN OF SERVICE

| | Date |
|---|---|
| Service was made by me | 8/10/07 |

**Check one box below to indicate appropriate method of service**

☑ Served personally upon the defendant at: U.S. District Court

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned  08/10/07              J. Sales
         Date                   Name of United States Marshal

                                Cla B~
                                (by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.