

JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone:    (671) 472-7111
Fax: (671) 472-7120

Attorney for Defendant
VINCENT P.T. GARRIDO

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 07-00074 |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE TRIAL |
| | ) | DATE AND EXCLUDING TIME |
| vs. | ) | |
| | ) | |
| VINCENT P.T. GARRIDO, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein

that the Defendant's Trial presently scheduled for October 10, 2007, at 9:30 a.m., be continued for

approximately three weeks, or a date convenient for the Court's calendar.

The parties request this continuance to allow defense counsel to conduct further

review the voluminous discovery and conduct the necessary investigation and research for trial.

Also, Defense counsel was previously unavailable from August 27, 2007 to September 24, 2007

which delayed defense counsel's trial preparation.

**ORIGINAL**

IT IS FURTHER STIPULATED AND AGREED by and between the parties that the time period beginning and including October 10, 2007, to and including the new trial date of _____ _____, 2007, be excluded from the computations required by the Speedy Trial Act, 18 U.S.C. § 3161.

Mr. Garrido has been consulted with and fully agrees with the proposed continuance.

Therefore, for the reasons set forth in this stipulation, the parties respectfully submit that this continuance is in Mr. Garrido's best interests, furthers judicial economy and efficiency and is in society's best interests. Thus, the ends of justice are best served by this proposed continuance.

IT IS SO STIPULATED:

DATED: Mongmong, Guam, October 2, 2007.


_____
JOHN T. GORMAN
Attorney for Defendant
VINCENT P.T. GARRIDO

_____
ROSETTA L. SAN NICOLAS
Attorney for Plaintiff
UNITED STATES OF AMERICA