JOHN T. GORMAN
Federal Public Defender
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111

Attorney for Defendant
VINCENT P.T. GARRIDO

IN THE UNITED STATES DISTRICT COURT
FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 07-00074 |
| | ) | |
| Plaintiff, | ) | ORDER re: STIPULATION TO |
| | ) | CONTINUE TRIAL AND EXCLUDING |
| vs. | ) | TIME |
| | ) | |
| VINCENT P.T. GARRIDO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Stipulation filed on October 3, 2007, to continue Trial to November 13, 2007, at 9:30 a.m., is Hereby Approved and So Ordered. Pretrial motions shall be filed no later than October 17, 2007; and the deadline for the submission of documents and lists set forth in this court's Trial Order of August 13, 2007, are hereby continued October 30, 2007.

IT IS ALSO APPROVED AND SO ORDERED, based on the above-referenced stipulation, that the time between October 10, 2007 and November 13, 2007, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(8)(A) and that the ends of justice are best served by continuing the case as requested and outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act, 18 U.S.C. § 3161.



/s/ Frances M. Tydingco-Gatewood
Chief Judge
Dated: Oct 09, 2007