

| | |
|---|---|
| 1  LEONARDO M. RAPADAS<br>   United States Attorney<br>2  ROSETTA L. SAN NICOLAS<br>   Assistant U.S. Attorneys<br>3  Suite 500, Sirena Plaza<br>   108 Hernan Cortez Avenue<br>4  Hagatna, Guam 96910<br>   Telephone: (671) 472-7332<br>5  Telecopier: (671) 472-7334 | **FILED**<br>DISTRICT COURT OF GUAM<br><br>OCT 29 2007<br><br>**JEANNE G. QUINATA**<br>Clerk of Court |

6  Attorneys for the United States of America

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    vs.<br><br>VINCE P.T. GARRIDO,<br><br>           Defendant. | CRIMINAL CASE NO. 07-00074<br><br>**GOVERNMENT'S REQUEST FOR USE OF COURT'S EQUIPMENT** |

The Government hereby request the use of the Court's Digital Evidence Presentation System, at the trial in the above referenced matter beginning November 13, 2007.

RESPECTFULLY SUBMITTED this 29th day of October, 2007.

                                    LEONARDO M. RAPADAS
                                  United States Attorney
                                  Districts of Guam and NMI

By: _____
       ROSETTA L. SAN NICOLAS
       Assistant United States Attorney