

vincegarridowit

LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

OCT 29 2007 mba

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 07-00074 |
| Plaintiff, ) | |
| vs. ) | **UNITED STATES WITNESS LIST** |
| VINCE P.T. GARRIDO, ) | |
| Defendant. ) | |

Pursuant to the order of this Court, the United States hereby submits the following witness list for purposes of voir dire.

1) J.V. De Chavez
   Guam Police Department

2) Donald Nakamura
   Guam Police Department

3) Anthony V. Camacho
   Guam Police Department

4) E.G. Piolo
   Guam Police Department

5) John A. Perez
   Guam Police Department

6) Jason P. Dodd
   Guam Police Department

7) Hoang Nguyen
   Alcohol, Tobacco and Firearms and Explosives (ATF)

8) Philip T. Sablan,
   Denanche Security, Tamuning, Guam

9) Josh Ninete
   House of Liberty Game Room, Dededo, Guam

10) Christine L. Benavente
    Dededo, Guam

11) Kristina Milan Keys
    Cars Unlimited, Tamuning, Guam

12) Rosario Leon Guerrero,
    Barrigada, Guam

13) Records Custodian, Firearms
    Guam Police Department

14) Elizabeth Shinohara
    House of Liberty Game Room, Dededo, Guam

15) Lorman N. Norte
    Dededo, Guam

Respectfully submitted this 29th day of October, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney