

**ORIGINAL**

**FILED**
DISTRICT COURT OF GUAM

OCT 29 2007

**JEANNE G. QUINATA**
**Clerk of Court**

1
2  LEONARDO M. RAPADAS
   United States Attorney
3  ROSETTA L. SAN NICOLAS
   Assistant U.S. Attorney
   Suite 500, Sirena Plaza
4  108 Hernan Cortez Avenue
   Hagatna, Guam 96910
5  TEL: (671) 472-7332
   FAX: (671) 472-7334

6  Attorneys for the United States of America

7

8              IN THE UNITED STATES DISTRICT COURT

               FOR THE DISTRICT OF GUAM
9

10 UNITED STATES OF AMERICA,           )   CRIMINAL CASE NO. 07-00074
                                       )
11              Plaintiff,             )
                                       )
12         vs.                         )   **UNITED STATES'**
                                       )   **EXHIBIT LIST**
13                                     )
                                       )
14 VINCE P.T. GARRIDO,                 )
                                       )
15              Defendant.             )
   _____)

16         COMES NOW the United States and hereby files with the Court an Exhibit List with the

17 following exhibits 1-19, to be introduced in its case-in-chief:

18         Respectfully submitted this 26th  day of October, 2007.

19

20                                         LEONARDO M. RAPADAS
                                           United States Attorney
21                                         Districts of Guam and NMI

22                                 By:
                                           ROSETTA L. SAN NICOLAS
23                                         Assistant U.S. Attorney

24

25

26

27

# UNITED STATES' EXHIBIT LIST

| NO. | DESCRIPTION | Date Identified | Admitted |
|---|---|---|---|
| 1. | Booking Photograph, Vince Peter Torre Garrido (front view) | _____ | _____ |
| 2. | Booking Photograph Vince Peter Torre Garrido (right side view) | _____ | _____ |
| 3. | Booking Photograph Vince Peter Torre Garrido (left side view) | _____ | _____ |
| 4. | Written Statement Phillip T. Sablan dated March 22, 2007 | _____ | _____ |
| 5. | Written Statement Philip T. Sablan dated March 29, 2007 | _____ | _____ |
| 6. | Written Statement Josh Ninete dated March 22, 2007 | _____ | _____ |
| 7. | Written Statement Josh Ninete dated March 27, 2007 | _____ | _____ |
| 8. | Certificate of Firearm Registration, Davies Ind. Pistol | _____ | _____ |
| 9. | Certificate of Firearm Registration, Davis Ind. Pistol | _____ | _____ |
| 10. | Certificate of Firearm Registration, B-West Pistol | _____ | _____ |
| 11. | Custodial Interrogation Form Vince P.T. Garrido | _____ | _____ |
| 12. | Evidence/Property Receipt dated March 22, 2007 (Currency) | _____ | _____ |
| 13. | Evidence/Property Receipt dated March 22, 2007 (residue) | _____ | _____ |
| 14. | Evidence/Property Receipt dated March 22, 2007 (Currency) | _____ | _____ |
| 15. | Evidence/Property Receipt dated March 22, 2007 (residue) | _____ | _____ |
| 16. | Evidence/Property Receipt dated March 22, 2007 (Currency) | _____ | _____ |
| 17. | Evidence/Property Receipt dated March 22, 2007 (sock with Currency) | _____ | _____ |
| 18. | Consent to Search, Vince Peter Garrido | _____ | _____ |
| 19. | Videotape Recording | _____ | _____ |

i