

**ORIGINAL**

LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334
Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

OCT 29 2007

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00074 |
| Plaintiff, | ) | |
| vs. | ) | **UNITED STATES' PROPOSED VERDICT FORM** |
| VINCE P.T. GARRIDO, | ) | |
| Defendant. | ) | |

Pursuant to the Order of this Court, the United States hereby submits the following verdict form for purposes of this trial.

Respectfully submitted this 29 day of October, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. <u>07-000074</u> |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | **VERDICT FORM** |
| VINCE P.T. GARRIDO, | ) ) ) | |
| Defendant. | ) ) | |

### COUNT I - HOBBS ACT ROBBERY

We, the Jury, in the above-entitled case unanimously find the Defendant, VINCE P.T. GARRIDO, in violation of Sections 1951(a) and 2, Title 18, United States Code, Hobbs Act Robbery:

      /   /    NOT GUILTY

      /   /    GUILTY

### COUNT II - USING AND CARRYING A FIREARM DURING A CRIME OF VIOLENCE

We, the Jury, in the above-entitled case unanimously find the Defendant, VINCE P.T. GARRIDO, in violation of Sections 924(c)(1)(A)(ii) and 2, Title 18, United States Code, Using and Carrying a Firearm During a Crime of Violence:

      /   /    NOT GUILTY

      /   /    GUILTY

DATED this _____ day of _____, 2007, at Hagatna, Guam.

_____
FOREPERSON