LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorneys
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00074 |
| Plaintiff, | ) | **O R D E R** |
| vs. | ) | **Re: Government's Request for Use of Court's Equipment** |
| VINCE P.T. GARRIDO, | ) | |
| Defendant. | ) | |

**APPROVED AND SO ORDERED** this 30th day of October 2007.

/s/ Frances M. Tydingco-Gatewood
    Chief Judge