LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America



**FILED**
DISTRICT COURT OF GUAM

OCT 30 2007

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 07-00074 |
| Plaintiff, ) | |
| vs. ) | **UNITED STATES' AMENDED EXHIBIT LIST** |
| VINCE P.T. GARRIDO, ) | |
| Defendant. ) | |

COMES NOW the United States and hereby files with the Court an Amended Exhibit List with the following exhibits 1-21, to be introduced in its case-in-chief:

Respectfully submitted this 30th day of October, 2007.

                          LEONARDO M. RAPADAS
                          United States Attorney
                          Districts of Guam and NMI

By: ROSETTA L. SAN NICOLAS
     Assistant U.S. Attorney

# UNITED STATES' EXHIBIT LIST

| NO. | DESCRIPTION | Date Identified | Admitted |
|---|---|---|---|
| 1. | Booking Photograph, Vince Peter Torre Garrido (front view) | | |
| 2. | Booking Photograph Vince Peter Torre Garrido (right side view) | | |
| 3. | Booking Photograph Vince Peter Torre Garrido (left side view) | | |
| 4. | Written Statement Phillip T. Sablan dated March 22, 2007 | | |
| 5. | Written Statement Philip T. Sablan dated March 29, 2007 | | |
| 6. | Written Statement Josh Ninete dated March 22, 2007 | | |
| 7. | Written Statement Josh Ninete dated March 27, 2007 | | |
| 8. | Certificate of Firearm Registration, Davies Ind. Pistol | | |
| 9. | Certificate of Firearm Registration, Davis Ind. Pistol | | |
| 10. | Certificate of Firearm Registration, B-West Pistol | | |
| 11. | Custodial Interrogation Form Vince P.T. Garrido | | |
| 12. | Evidence/Property Receipt dated March 22, 2007 (Currency) | | |
| 13. | Evidence/Property Receipt dated March 22, 2007 (residue) | | |
| 14. | Evidence/Property Receipt dated March 22, 2007 (Currency) | | |
| 15. | Evidence/Property Receipt dated March 22, 2007 (residue) | | |
| 16. | Evidence/Property Receipt dated March 22, 2007 (Currency) | | |
| 17. | Evidence/Property Receipt dated March 22, 2007 (sock with Currency) | | |
| 18. | Consent to Search, Vince Peter Garrido | | |
| 19. | Videotape Recording | | |
| 20. | Handwritten drawing by Philip Sablan (inside) | | |
| 21. | Handwritten drawing by Philip Sablan (outside) | | |