LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00074 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER RELEASING** |
| vs. | ) | **GRAND JURY** |
| | ) | **TRANSCRIPTS** |
| VINCE P.T. GARRIDO, | ) | |
| | ) | |
| Defendant. | ) | |

Based on the government's motion to release grand jury transcripts, the Court hereby orders the release, to defense counsel in the above-entitled case, of all grand jury transcripts containing testimony of witnesses who have appeared before the Federal Grand Jury in this matter.

/s/ **Frances M. Tydingco-Gatewood**
   **Chief Judge**
**Dated: Oct 31, 2007**