JOHN T. GORMAN
Federal Public Defender
District of Guam
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111


**FILED**
DISTRICT COURT OF GUAM
NOV - 1 2007
JEANNE G. QUINATA
Clerk of Court

Attorney for Defendant
VINCENT P.T. GARRIDO

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 07-00074 |
| ) | |
| Plaintiff, ) | DEFENDANT'S WITNESS LIST |
| ) | |
| vs. ) | |
| ) | |
| VINCENT P.T. GARRIDO, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Pursuant to the order of this Court, Defendant hereby submits the following list of known possible witnesses for purposes of jury voir dire:

1. All witnesses listed or named by the Government

The above are the only witnesses now known and expected to be presented for the defense. Defendant reserves the right to present other witnesses not now known, but whose identity may become known after or during the presentation of the Government's case in chief.

DATED: Mongmong, Guam, October 31, 2007.

_____
JOHN T. GORMAN
Attorney for Defendant
VINCENT P.T. GARRIDO

**ORIGINAL**

# CERTIFICATE OF SERVICE

I, ALEXANDER A. MODABER, hereby certify that a true and exact copy of the foregoing document was filed with U.S. District Court and electronically served by the U.S. District Court Clerk's Office to the following on November 1, 2007:

ROSETTA L. SAN NICOLAS
Assistant United States Attorney
Sirena Plaza
108 Hernan Cortez, Ste. 500
Hagatna, Guam 96910

Attorney for Plaintiff
UNITED STATES OF AMERICA

DATED: Mongmong, Guam, November 1, 2007.

_____
ALEXANDER A. MODABER
Investigator