1
2
3
4
5
6                          DISTRICT COURT OF GUAM

7                           TERRITORY OF GUAM

8
9
10
11   UNITED STATES OF AMERICA,                     Criminal Case No. 07-00074

12      Plaintiff,

13             vs.                                 **ORDER**

14   VINCE P.T. GARRIDO,

15      Defendant.

16

17        Presently, the trial in this matter is scheduled for Tuesday November 13, 2007. In order to

18   prepare for trial, the court sets the following briefing schedule. The Defense shall have until

19   Wednesday, November 7, 2007 at noon to file any Motion(s) in limine. The Government shall have

20   until Friday, November 9, 2007at 3:00 p.m. to file a response. The Defendant will then have until

21   Tuesday, November 13, 2007 at 11:00 a.m. to file a reply. A hearing on the Motion(s) will be

22   scheduled for Tuesday, November 13, 2007 at 1:30 p.m., if necessary.[1]   Accordingly, the trial

23   currently set for Tuesday November 13, 2007 at 9:30 a.m. is hereby vacated and moved to

24   Wednesday, November 14, 2007 at 9:30 a.m.

25        SO ORDERED this 6th day of November, 2007.

26
                                                  **/s/ Frances M. Tydingco-Gatewood**
27                                                   **Chief Judge**

28
     _____

        [1]In the event no such motion is filed the hearing date and time are vacated.