JOHN T. GORMAN
Federal Public Defender
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
VINCENT P.T. GARRIDO

**FILED**
DISTRICT COURT OF GUAM

NOV 0 9 2007 

JEANNE G. QUINATA
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 07-00074 |
| ) | |
| Plaintiff, ) | DEFENDANT'S SUPPLEMENTAL JURY |
| ) | INSTRUCTION |
| vs. ) | |
| ) | |
| VINCENT P.T. GARRIDO, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Defendant, VINCENT P.T. GARRIDO, by and through his counsel of record, John T. Gorman, Federal Public Defender, hereby submits the following supplemental jury instruction in the above captioned case.

Mr. Garrido respectfully requests leave to submit other and additional instructions as may become appropriate during the course of trial

DATED: Mongmong, Guam, November 9, 2007.

JOHN T. GORMAN
Attorney for Defendant
VINCENT P.T. GARRIDO

## INSTRUCTION NO. 22
## FIREARM

A firearm is (A) any weapon (including a starter gun) which will or is designed to or may readily be converted to expel a projectile by the action of an explosive; (B) the frame or receiver of any such weapon; (C) any firearm muffler or firearm silencer, or (D) any destructive device. Such term does not include an antique firearm.

18 U.S.C. § 921(a)(3)

## CERTIFICATE OF SERVICE

I, ALEXANDER A. MODABER, hereby certify that a true and exact copy of the foregoing document was filed with U.S. District Court and electronically served by the U.S. District Court Clerk's Office to the following on November 1, 2007:

ROSETTA L. SAN NICOLAS
Assistant United States Attorney
Sirena Plaza
108 Hernan Cortez, Ste. 500
Hagatna, Guam 96910

Attorney for Plaintiff
UNITED STATES OF AMERICA

DATED: Mongmong, Guam, November 1, 2007.

_____
ALEXANDER A. MODABER
Investigator

3