vincegarridojury2

FILED
DISTRICT COURT OF GUAM

NOV 0 9 2007

JEANNE G. QUINATA
Clerk of Court

LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

## IN THE UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00074 |
| Plaintiff, | |
| vs. | UNITED STATES' PROPOSED ADDITIONAL JURY INSTRUCTION |
| VINCE P.T. GARRIDO, | |
| Defendant. | |

In addition to the Court's usual instructions, the Government hereby requests the Court to instruct the jury as set forth in the attached additional proposed jury instruction.

RESPECTFULLY SUBMITTED this 9th day of November, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney

INSTRUCTION NO. 23

## 5.1 AIDING AND ABETTING

A defendant may be found guilty of Hobbs Act Robbery, even if the defendant personally did not commit the act or acts constituting the crime but aided and abetted in its commission. To prove a defendant guilty of aiding and abetting, the government must prove beyond a reasonable doubt:

First, Hobbs Act Robbery was committed by someone;

Second, the defendant knowingly and intentionally aided, counseled, commanded, induced or procured that person to commit each element of Hobbs Act Robbery; and

Third, the defendant acted before the crime was completed.

It is not enough that the defendant merely associated with the person committing the crime, or unknowingly or unintentionally did things that were helpful to that person, or was present at the scene of the crime.

The evidence must show beyond a reasonable doubt that the defendant acted with the knowledge and intention of helping that person commit Hobbs Act Robbery.

The government is not required to prove precisely which defendant actually committed the crime and which defendant aided and abetted.

AUTHORITY: Manual of Model Jury Instructions for the
Ninth Circuit, 2003 Ed., § 5.1