**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**GENERAL**

CASE NO.: CR-07-00074  DATE: November 13, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Sara Weber   Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore   Electronically Recorded: 3:33:51 - 4:41:32
CSO: N. Edrosa

**APPEARANCES:**
Defendant: Vincent P.T. Garrido   Attorney: John Gorman
☑ Present ☑ Custody ☐ Bond ☐ P.R.   ☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Rosetta San Nicolas   U.S. Agent:
U.S. Probation: None Present   U.S. Marshal: V. Roman / D. Punzalan
Interpreter:   Language:

**PROCEEDINGS: Motion in Limine**
- Motion(s) under advisement.
- Proceedings continued to: November 14, 2007 at 9:00 A.M.
- Defendant to remain in custody.

NOTES: Mr. Gorman withdrew his objection to government's exhibits 1, 2 and 3. Parties stipulated to exclude any evidence or testimony regarding sexual aids or devices recovered during defendant's arrest. Defense objected to government's exhibits 8, 9 and 10. Government agreed to withdraw exhibit 8B.

Government moved to exclude defendant's statements as noted in her trial brief.

Jury selection and trial will begin at 9:30 a.m. tomorrow. Court will recess at noon and trial will resume at 1:15 p.m. until 4:00 p.m.