

**ORIGINAL**

**FILED**
DISTRICT COURT OF GUAM
NOV 1 4 2007
JEANNE G. QUINATA
Clerk of Court

LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00074 |
| Plaintiff, | ) | |
| vs. | ) | **UNITED STATES' AMENDED EXHIBIT LIST (SECOND)** |
| VINCE P.T. GARRIDO, | ) | |
| Defendant. | ) | |

COMES NOW the United States and hereby files with the Court an Amended Exhibit List with the following exhibits 1-21, to be introduced in its case-in-chief:

Respectfully submitted this 14th day of November, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney

## UNITED STATES' EXHIBIT LIST

| NO. | DESCRIPTION | Date Identified | Admitted |
|---|---|---|---|
| 1. | Booking Photograph, Vince Peter Torre Garrido (front view) | | |
| 2. | Booking Photograph Vince Peter Torre Garrido (right side view) | | |
| 3. | Booking Photograph Vince Peter Torre Garrido (left side view) | | |
| 4. | Written Statement Phillip T. Sablan dated March 22, 2007 | | |
| 5. | Written Statement Philip T. Sablan dated March 29, 2007 | | |
| 6. | Written Statement Josh Ninete dated March 22, 2007 | | |
| 7. | Written Statement Josh Ninete dated March 27, 2007 | | |
| 8. | Certificate of Firearm Registration, Davies Ind. Pistol | | |
| 9. | Certificate of Firearm Registration, Davis Ind. Pistol | | |
| 10. | Certificate of Firearm Registration, B-West Pistol | | |
| 11. | Custodial Interrogation Form Vince P.T. Garrido | | |
| 12. | Evidence/Property Receipt dated March 22, 2007 (Currency) | | |
| 13. | Evidence/Property Receipt dated March 22, 2007 (residue) | | |
| 14. | Evidence/Property Receipt dated March 22, 2007 (Currency) | | |
| 15. | Evidence/Property Receipt dated March 22, 2007 (residue) | | |
| 16. | Evidence/Property Receipt dated March 22, 2007 (Currency) | | |
| 17. | Evidence/Property Receipt dated March 22, 2007 (sock with Currency) | | |
| 18. | Consent to Search, Vince Peter Garrido | | |
| 19. | Videotape Recording | | |
| 19a. | DVD excerpt of videotape recording | | |
| 20. | Diagram of House of Liberty Gameroom (interior) | | |
| 21. | Diagram of House of Liberty Gameroom (exterior) | | |

i