## IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
## CRIMINAL MINUTES
## TRIAL

CASE NO.: CR-07-00074                      DATE: November 14, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Sara Weber                      Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore      Electronically Recorded:  9:39:33 - 11:19:45
                                                                    11:43:56 - 12:31:45
                                                                    12:32:28 - 12:35:45
CSO: J. Lizama / J. McDonald

**APPEARANCES:**
Defendant: Vince P.T. Garrido              Attorney: John Gorman
☑ Present ☑ Custody ☐ Bond ☐ P.R.         ☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Rosetta San Nicolas         U.S. Agent: John Quintanilla, ATF
U.S. Probation: None Present               U.S. Marshal: D. Punzalan / V. Roman / S. Lujan
Interpreter:                               Language:

**PROCEEDINGS:** Motion in Limine / Jury Selection
- Voir dire begun.
- Voir dire held.
- Court findings re Motion in Limine filed November 7, 2007:

1. Government's proposed exhibits 1-3 - Defense withdrew objection;
2. All purported evidence and testimony regarding any illegal drugs and/or paraphernalia recovered - Government agreed to exclude. The Court found that the oral statement made by Garrido to police officers Dodd and Nakamura after arrest as to what he did after the robbery with the money is irrelevant;
3. All purported evidence and testimony regarding any sexual aids or devices recovered during Garrido's arrest - Government agreed not to present evidence;
4. All purported evidence and testimony from government witness, Lorman N. Norte - Government agreed to not use, however reserved the right to use at rebuttal;
5. All purported evidence and testimony from government witness, Christine L. Benavente - Court found that the evidence is relevant and will issue a limiting instruction;
6. Government's proposed Exhibits 8-10 - Government stated that they wil not present these exhibits.

Court found that defendant's non-self inculpatory statements made are inadmissable.

NOTES: Jury Administrator, Marilyn Alcon to summon additional jurors tomorrow. Continued Jury Selection and Trial set for November 15, 2007 at 10:00 A.M.