# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
## CRIMINAL MINUTES
## TRIAL

CASE NO.: CR-07-00074                    DATE: November 15, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding

Law Clerk: Sara Weber                    Court Reporter: Wanda Miles

Courtroom Deputy: Virginia T. Kilgore    Electronically Recorded: 10:07:08 - 11:15:24
                                                                  11:33:30 - 12:23:21
                                                                  1:38:56 - 2:47:52
                                                                  3:10:52 - 4:00:27

CSO: J. Lizama / D. Quinata / L. Ogo

**APPEARANCES:**

Defendant:  Vince P.T. Garrido           Attorney:  John Gorman

☑ Present ☑ Custody ☐ Bond ☐ P.R.       ☑ Present ☐ Retained ☑ FPD ☐ CJA

U.S. Attorney: Rosetta San Nicolas       U.S. Agent: John Quintanilla, ATF

U.S. Probation: None Present             U.S. Marshal: T. Muna / S. Lujan / V. Roman

Interpreter:                             Language:

**PROCEEDINGS: Jury Selection and Trial**
- Voir dire begun.
- Voir dire held.
- Jury Jurors selected yesterday and this morning combined and counsel conducted peremptory challenges.
- Jury empaneled.

NOTES: Judge's List of Jurors dated 11/14/07 marked as Exhibit 100. Attorney's List of Jurors dated 11/15/07 marked as Exhibit 101.

Defense counsel presented Exhibit A - Defense Request for Discovery and objected to government presenting the testimony of Agent Nguyen. Court continued the hearing to November 16, 2007 at 8:15 A.M.

Jurors instructed to return tomorrow at 8:30 A.M.