PLEASE provide us with
Fruits - Bananas, Grapes, Apples
Cinnamom Rolls Cup n Saucer
Baked turn overs
99% fat free Yogurt
for breakfast

THANK YOU
IN
ADVANCE :)

FILED
DISTRICT COURT OF GUAM
NOV 1 6 2007
JEANNE G. QUINATA
Clerk of Court

CASE NO. CR-07-00074
USA v. VINCE P.T. GARRIDO