```
                                                FILED
                                         DISTRICT COURT OF GUAM
                                              NOV 16 2007
                                            JEANNE G. QUINATA
                                              Clerk of Court
```

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00074 |
|---|---|
| Plaintiff, | |
| vs. | JURY NOTE |
| VINCE P.T. GARRIDO, | |
| Defendant. | |

Judge. Sorry I didn't recognize the name, but the witness Phillip Sablan was my student at GCC. I only recognize his face.

# 4

_____
Foreperson

Date: _____

12:00 pm