

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00074 |
|---|---|
| Plaintiff, | |
| vs. | JURY NOTE |
| VINCE P.T. GARRIDO, | |
| Defendant. | |

ARE WE BE ABLE TO SEE THE
video again where the victims
are on the ground?

#12
_____
Foreperson

Date: 11/10/07

12:00 pm