**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**TRIAL**

CASE NO.: CR-07-00074            DATE: November 16, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley      Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore      Electronically Recorded: 8:34:41 - 8:47:15
                                                          9:10:30 - 10:32:02
                                                          10:47:03 - 11:59:00
                                                          1:13:54 - 1:56:20
                                                          2:24:20 - 3:45:58

CSO: J. Lizama / J. McDonald

**APPEARANCES:**
Defendant: Vince P.T. Garrido        Attorney: John Gorman
☑ Present ☑ Custody ☐ Bond ☐ P.R.      ☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Rosetta San Nicolas      U.S. Agent:
U.S. Probation: None Present      U.S. Marshal: V. Roman / S. Lujan / T. Muna
Interpreter:      Language:

**PROCEEDINGS: Trial**
- Government stated that she will not call Agent Nguyen to testify.
- Jurors sworn.
- Opening statement by the <u>plaintiff and defendant</u>.
- Witnesses sworn and examined. Exhibits marked and admitted - see attached Exhibit and Witness List, AO Form 187 (and 187a, when applicable).
- Defense counsel moved for a judgment of acquittal as to Count II. Government objected. Motion denied.

NOTES: Defense counsel requested to bring a toy gun for demonstration purposes at closing. Government objected. Court took the matter under advisement.

        Trial continued to Monday, November 19, 2007 at 12:45 P.M.

# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

| | |
|---|---|
| United States of America<br>V.<br>Vince Peter Torre Garrido | **EXHIBIT AND WITNESS LIST**<br><br>Case Number: CR-07-00074 |

| PRESIDING JUDGE<br>FRANCES M. TYDINGCO-GATEWOOD | PLAINTIFF'S ATTORNEY<br>ROSETTA SAN NICOLAS | DEFENDANT'S ATTORNEY<br>JOHN T. GORMAN |
|---|---|---|
| HEARING DATE (S)<br>NOVEMBER 16, 2007 | COURT REPORTER<br>WANDA MILES | COURTROOM DEPUTY<br>VIRGINIA T. KILGORE |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | A | 11/15/07 | 11/15/07 | 11/15/07 | Request for Discovery |
| | | | | | | **9:39:27 Officer Jason P. Dodd called and sworn** |
| | | | | | | DX by Ms. San Nicolas |
| | 21 | | 11/16/07 | 11/16/07 | 11/16/07 | Diagram of House of Liberty Gameroom (exterior) |
| | 20 | | 11/16/07 | 11/16/07 | 11/16/07 | Diagram of House of Liberty Gameroom (interior). Pen marks made on exhibit by witness. |
| | 19A | | 11/16/07 | 11/16/07 | 11/16/07 | DVD excerpts of videotape recording |
| | | | | | | Objection as to hearsay of what Christine Benavente told officer. Sustained |
| | 1 | | 11/16/07 | 11/16/07 | 11/16/07 | Booking Photograph, Vince Peter Torre Garrido (front view) |
| | 2 | | 11/16/07 | 11/16/07 | 11/16/07 | Booking Photograph, Vince Peter Torre Garrido (right side) |
| | 3 | | 11/16/07 | 11/16/07 | 11/16/07 | Booking Photograph, Vince Peter Torre Garrido (left side) |
| | 11 | | 11/16/07 | 11/16/07 | 11/16/07 | Custodial Interrogation Form Vince P.T. Garrido |
| | | | | | | 10:28:57 CX by Mr. Gorman |
| | | | | | | 10:32:02 (10 minute recess) |

| PRESIDING JUDGE FRANCES M. TYDINGCO-GATEWOOD | | | | | | PLAINTIFF'S ATTORNEY ROSETTA SAN NICOLAS | DEFENDANT'S ATTORNEY JOHN T. GORMAN |
|---|---|---|---|---|---|---|---|
| HEARING DATE (S) NOVEMBER 16, 2007 | | | | | | COURT REPORTER WANDA MILES | COURTROOM DEPUTY VIRGINIA T. KILGORE |
| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| | | | | | | 10:47:02 Back in session | |
| | | | | | | **10:49:30 Police Officer Donald Nakamura called and sworn** | |
| | | | | | | DX by Ms. San Nicolas | |
| | | | | | | 10:59:20 CX by Mr. Gorman | |
| | | | | | | 11:02:25 Re-DX by Ms. San Nicolas | |
| | | | | | | **11:05:00 Philip T. Sablan, called and sworn** | |
| | | | | | | DX by Ms. San Nicolas | |
| | 21 | | 11/16/07 | 11/16/07 | 11/16/07 | Diagram of House of Liberty Gameroom (exterior). Pen marks made on exhibit by witness. | |
| | 20 | | 11/16/07 | 11/16/07 | 11/16/07 | Diagram of House of Liberty Gameroom (interior). Pen marks made on exhibit by witness. | |
| | | | | | | 11:59:00 Lunch break | |
| | | | | | | 1:15:27 CX of Mr. Sablan by Mr. Gorman | |
| | 4 | | | 11/16/07 | | Written Statement Philip T. Sablan dated March 22, 2007 | |
| | 5 | | | 11/16/07 | | Written Statement Philip T. Sablan dated March 28, 2007 | |
| | | | | | | 1:32:40 Re-Dx by Ms. San Nicolas | |
| | 4 & 5 | | 11/16/07 | | 11/16/07 | Government's motion to admit exhibits 4 and 5 were granted. | |
| | | | | | | 1:35:44 **Joshua Ninete, called and sworn** | |
| | | | | | | Court addressed two juror notes and informed jurors that they will be able to review the video recording | |
| | | | | | | Juror No. 4 excused | |
| | | | | | | DX by Ms. San Nicolas | |
| | | | | | | 1:50:20 CX by Mr. Gorman | |

| PRESIDING JUDGE FRANCES M. TYDINGCO-GATEWOOD | | | | | | PLAINTIFF'S ATTORNEY ROSETTA SAN NICOLAS | DEFENDANT'S ATTORNEY JOHN T. GORMAN |
|---|---|---|---|---|---|---|---|
| HEARING DATE (S) NOVEMBER 16, 2007 | | | | | | COURT REPORTER WANDA MILES | COURTROOM DEPUTY VIRGINIA T. KILGORE |
| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| | | | | | | 1:52:02 Re-Dx by Ms. San Nicolas | |
| | | | | | | 1:52:40 Witness excused | |
| | | | | | | 1:56:16 10 minute recess | |
| | | | | | | 2:24:20 Back in session | |
| | | | | | | **2:25:47 Elizabeth Shinohara, called and sworn** | |
| | | | | | | DX by Ms. San Nicolas | |
| | | | | | | 2:31:40 Witness excused | |
| | | | | | | **2:36:17 Christine Benavente, called and sworn** | |
| | | | | | | DX by Ms. San Nicolas | |
| | | | | | | Government rests | |
| | | | | | | Defense rests | |
| | | | | | | Jurors excused | |
| | | | | | | 3:45:58 Court adjourned | |