# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
## CRIMINAL MINUTES
## TRIAL

CASE NO.: CR-07-00074                DATE: November 19, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding

Law Clerk: Sara Weber             Court Reporter: Wanda Miles

Courtroom Deputy: Virginia T. Kilgore      Electronically Recorded: 12:58:07 - 1:27:58
                                                       2:40:04 - 3:11:50
                                                       3:25:35 - 4:49:30
                                                       4:54:14 - 5:01:32

CSO: J. Lizama / D. Quinata

**APPEARANCES:**

Defendant: Vince P.T. Garrido             Attorney: John Gorman

☑ Present ☑ Custody ☐ Bond ☐ P.R.      ☑ Present ☐ Retained ☑ FPD ☐ CJA

U.S. Attorney: Rosetta San Nicolas         U.S. Agent:

U.S. Probation: None Present              U.S. Marshal: D. Punzalan / S. Lujan / T. Muna

Interpreter:                                      Language:

**PROCEEDINGS: Trial**

- Day no. 4 of trial.
- Court denied government's request to allow the aiding and abetting instruction as to the second count.
- Closing Argument by the <u>plaintiff and defendant</u>.
- Jury charged by Court.
- Jury to deliberate tomorrow at 8:30 A.M.
- 9 Millimeter pistol by Government marked as Exhibit X. Toy pistol by Defense marked as Exhibit Y. Pistols used for demonstrative purposes at closing.

NOTES: Frank Leon Guerrero assisted Mr. Gorman at counsel table.