```
                                              FILED
                                        DISTRICT COURT OF GUAM

                                            NOV 19 2007

                                           JEANNE G. QUINATA
                                              Clerk of Court


                    DISTRICT COURT OF GUAM

                      TERRITORY OF GUAM


 UNITED STATES OF AMERICA,          |   CRIMINAL CASE NO. 07-00074
                                    |
          Plaintiff,                |
    vs.                             |   JURY NOTE
                                    |
 VINCE P.T. GARRIDO,                |
                                    |
          Defendant.                |
```

I noticed at the defendant's table my friend Frank Leon Guerrero. I hope this doesn't pose a problem.

Juror #11

_____
Foreperson
Date: 11/19/07

Received