DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>vs.<br><br>VINCE P.T. GARRIDO,<br><br>    Defendant. | CRIMINAL CASE NO. 07-00074<br><br>JURY NOTE |

We will return tomorrow at 8:15 am 11/20/07

#15
_____
Foreperson

Date: 11/19/07

5:00 pm