**FILED**
DISTRICT COURT OF GUAM
NOV 20 2007
JEANNE G. QUINATA
Clerk of Court

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00074 |
| Plaintiff, | |
| vs. | JURY NOTE |
| VINCE P.T. GARRIDO, | |
| Defendant. | |

We need remote control to "freeze" or "pause" DVD. Or need player that has "freeze" or "pause" feature.

Okay we'll check on this immediately and get back to you with this JFT
9:30 an.

9:27 am

#15
_____
Foreperson

Date: 11/20/07

Time Received: 9:27 a.m.