FILED
DISTRICT COURT OF GUAM
NOV 20 2007
JEANNE G. QUINATA
Clerk of Court

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00074 |
| Plaintiff, | |
| vs. | JURY NOTE |
| VINCE P.T. GARRIDO, | |
| Defendant. | |

Request 10min smoke break.

Okay no problem
9:50 am CJFPG.

9:45am

#15
Foreperson

Date: 11/20/07

Time Received: 9:46 am