```
                                                    FILED
                                            DISTRICT COURT OF GUAM
                                                 NOV 20 2007
                                               JEANNE G. QUINATA
                                                 Clerk of Court
```

## DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00074 |
| Plaintiff, | |
| vs. | JURY NOTE |
| **VINCE P.T. GARRIDO,** | |
| Defendant. | |

_Request 10 min smoke break._

_No problem!_
_Are you still smoking??_
_Mr. Foreman_    _Chief Judge_
                                    _FRU_

                                         12:16 pm    12:30 pm
#5
_____
Foreperson

Date: 11/20/07

Time Received: 12:18 pm