**FILED**
DISTRICT COURT OF GUAM

NOV 20 2007

JEANNE G. QUINATA
Clerk of Court

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>**VINCE P.T. GARRIDO,**<br><br>Defendant. | CRIMINAL CASE N0. 07-00074<br><br>**JURY NOTE** |

_We have reached verdicts on both counts._

_Okay, Thanks. We are calling the ~~attorn~~ attorneys now. You may take a some break if you wish! ATTFG_
2:37pm       2:38 pm

#5

_____
Foreperson

Date: 11/20/07

Time Received: _____