# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# TRIAL

CASE NO.: CR-07-00074             DATE: November 20, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Sara Weber                Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore    Electronically Recorded: 8:54:55 - 9:01:06
                                                                  3:15:18 - 3:22:54
CSO: D. Quinata / J. Lizama

**APPEARANCES:**
Defendant: Vince P.T. Garrido            Attorney: John Gorman
☑ Present ☑ Custody ☐ Bond ☐ P.R.        ☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Rosetta San Nicolas       U.S. Agent:
U.S. Probation: Carleen Borja            U.S. Marshal: V. Roman / G. Perez
Interpreter:                             Language:

**PROCEEDINGS: Trial**
- Day no. 5 of trial.
- The Court and parties addressed the note from juror number 10.
- Jury returns verdict at 2:37 P.M.
- Jury verdict: Guilty to Counts 1 and 2.
- Jury polled.
- Jury discharged.
- Sentencing set for: February 18, 2008 at 9:00 A.M.
- Presentence Report due to Parties: January 11, 2008.
- Response to Presentence Report due: January 25, 2008.
- Presentence Report due to Court: February 11, 2008.

NOTES: