
FILED
DISTRICT COURT OF GUAM

NOV 20 2007

JEANNE G. QUINATA
Clerk of Court

# DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>VINCE P.T. GARRIDO,<br><br>    Defendant. | Criminal Case No. 07-00074<br><br>**VERDICT FORM** |

**YOUR ANSWER TO THE FOLLOWING QUESTIONS MUST BE UNANIMOUS.**

**COUNT I- HOBBS ACT ROBBERY**

We, the Jury, in the above-entitled cause unanimously find the defendant, VINCE P.T. GARRIDO, with respect to the charge of Hobbs Act Robbery in violation of Title 18, United States Code, Section 1951(a) and (2):

_____ NOT GUILTY

\_\_\_\_\_X_____ GUILTY

**COUNT II- USING AND CARRYING A FIREARM DURING A CRIME OF VIOLENCE**

We, the Jury, in the above-entitled cause unanimously find the defendant, VINCE P.T. GARRIDO, with respect to the charge of Using and Carrying a Firearm During a Crime of Violence in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii) and 2:

_____ NOT GUILTY

\_\_\_\_\_X_____ GUILTY

Dated: November 20, 2007.

\_\_\_\_\_# 15_____
FOREPERSON