ROSSANNA VILLAGOMEZ-AGUON
Chief U.S. Probation Officer
CHRISTOPHER J. DUENAS
U.S. Probation Officer Specialist
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910
Telephone: (671) 473-9201
Facsimile: (671) 473-9202

IN THE UNITED STATES DISTRICT COURT
FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL CASE NO. 07-00074-01 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| VINCE P.T. GARRIDO, | ) | |
| Defendant. | ) | |

Upon request of the U.S. Probation Office, to which the parties have no objection, the sentencing hearing is hereby moved from February 18, 2008 to April 22, 2008 at 9:30 a.m. The Pre-Sentence Investigation Report shall be provided to the parties no later than March 10, 2008. The parties shall file their responses to the Pre-Sentence Investigation $eport no later than March 24, 2008. The final Pre-Sentence Investigation Report, addendum, and sentence recommendation shall be submitted to the Court and parties no later than April 11, 2008.

SO ORDERED.



/s/ Frances M. Tydingco-Gatewood
    Chief Judge
Dated: Jan 14, 2008