# UNITED STATES DISTRICT COURT

DISTRICT **GUAM**

**UNITED STATES OF AMERICA**

V.

**VINCE P.T. GARRIDO**

# NOTICE

CASE NUMBER: **CR-07-00074-001**

TYPE OF CASE:

☐ CIVIL    X CRIMINAL

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

**SENTENCING**

X **TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910<br><br>Hon. Frances M. Tydingco-Gatewood | April 22, 2008 at 9:30 A.M. | May 8, 2008 at 9:30 A.M. |

JEANNE G. QUINATA, CLERK OF COURT
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

April 9, 2008
DATE

Virginia T. Kilgore
/s/ (BY) DEPUTY CLERK

TO:  U.S. Attorney's Office
     Law Offices of Federal Public Defender
     U.S. Probation Office
     U.S. Marshals Service