**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**SENTENCING**

CASE NO.: CR-07-00074-001　　　　　　　　　　DATE: May 08, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Sara Weber　　　　　　Court Reporter: Wanda Miles
Courtroom Deputy: Carmen B. Santos　　Electronically Recorded: 10:34:06 - 11:08:30

**APPEARANCES:**

Defendant: Vince P.T. Garrido　　　　　　Attorney: John Gorman
☑ Present ☑ Custody ☐ Bond ☐ P.R.　　☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Rosetta San Nicolas　　　　U.S. Agent: H. Nguyen, ATF
U.S. Probation: Stephen Guilliot
Interpreter:　　　　　　　　　　　　　　Language:

**PROCEEDINGS: Sentencing**
- Witness Philip T. Sablan sworn and examined.
- Proceedings continued to allow further briefing. Defense to file brief by 5/15/2008. Government to file objections by 5/22/2008. Defense to file reply by 5/29/2008. Sentencing continued to 6/5/2008 at 1:30 PM.
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES: