# UNITED STATES DISTRICT COURT

DISTRICT OF __GUAM__

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **NOTICE** |
| V. | |
| **VINCE P.T. GARRIDO** | CASE NUMBER: **CR-07-00074-001** |

TYPE OF CASE:
☐ CIVIL    X CRIMINAL

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| | |
| | DATE AND TIME |

TYPE OF PROCEEDING

**CONTINUED SENTENCING**

**X TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE<br>U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910<br>Hon. Frances Tydingco-Gatewood | DATE AND TIME PREVIOUSLY SCHEDULED<br><br>June 5, 2008 at 1:30 a.m. | RESCHEDULED TO DATE AND TIME<br><br>August 13, 2008 at 9:30 a.m. |
|---|---|---|

JEANNE G. QUINATA, CLERK OF COURT
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

| June 2, 2008 | /s/ Carmen B. Santos |
|---|---|
| DATE | (BY) DEPUTY CLERK |

TO:   U. S. Attorney's Office
       Federal Public Defender
       U.S. Probation Office
       U.S. Marshals Service