✎ AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

DISTRICT OF      GUAM

**UNITED STATES OF AMERICA**

V.

**VINCE P.T. GARRIDO**

**NOTICE**

CASE NUMBER: **CR-07-00074-001**

TYPE OF CASE:

☐ CIVIL      X CRIMINAL

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

**CONTINUED SENTENCING**

X **TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE<br>U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910<br>Hon. Frances Tydingco-Gatewood | DATE AND TIME PREVIOUSLY SCHEDULED<br><br>August 13, 2008 at 9:30 a.m. | RESCHEDULED TO DATE AND TIME<br><br>September 3, 2008 at 9:30 a.m. |
|---|---|---|

JEANNE G. QUINATA, CLERK OF COURT
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

August 7, 2008            /s/ Carmen B. Santos
DATE                                          (BY) DEPUTY CLERK

TO:     U. S. Attorney's Office
         Federal Public Defender
         U.S. Probation Office
         U.S. Marshals Service