**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**SENTENCING**

CASE NO.: CR-07-00074-001　　　　　　　　　DATE: September 03, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley / Ross Naughton　　Court Reporter: Wanda Miles
Courtroom Deputy: Carmen B. Santos　　　　　　Electronically Recorded: 8:41:57 - 9:44:34

**APPEARANCES:**
Defendant: Vince P.T. Garrido　　　　　　　　Attorney: John Gorman
☑ Present ☑ Custody ☐ Bond ☐ P.R.　　　　☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Rosetta San Nicolas　　　　　U.S. Agent: Hoang Nguyen, ATF
U.S. Probation: Stephen Guilliot
Interpreter:　　　　　　　　　　　　　　　　Language:

**PROCEEDINGS: Continued Sentencing**
- Court denies request for payment of $520 in restitution for legal fees.
- Defense motion for downward departure (§ 3E1.1) <u>denied</u>.
- Defense motion for downward variance (§ 5G1.3) <u>granted</u>.
- Defendant committed to the Bureau of Prisons for a term of <u>46 months as to Count I and 7 years as to Count II, to be served consecutively</u>.
- Court recommends that while defendant is incarcerated that he participate in the Bureau of Prison's 500 hour residential drug treatment program.
- Upon release from imprisonment, defendant is placed on supervised release for a term of <u>3 years</u> as to Counts I and II, to be served concurrently.
- Fine waived.
- Total restitution ordered in the amount of $9,334.00.
- Special assessment fee of $200.00 shall be paid immediately after sentencing.
- Defendant advised of appeal rights.
- Defendant remanded to the custody of the U.S. Marshals Service.
- Court orders that defendant write a letter of apology to the victims.

NOTES: