# UNITED STATES DISTRICT COURT
## District of Guam

United States of America,  
        Responent  
Vs.

VINCE P.T. GARRIDO  
        Petitioner

**NOTICE OF APPEAL**

D.C. Docket Number: CR 07-00074

Frances Tydingco-Gatewood  
District Court Judge

Notice is hereby given that __VINCE P.T. GARRIDO__ appeals to the United States Court of Appeals for the Ninth Circuit from the

☐ Conviction only (Fed. R. Crim. P. 32(b))  
☑ Conviction and Sentence  
☐ Sentence only (18 U.S.C. § 3742)  
☐ Order (specify) _____

_____ entered in this action on _____.

Sentence imposed: 130 months imprisonment; 3 years supervised release.

Bail Status: Incarcerated

Date: September 3, 2008

Address:  
John T. Gorman  
Office of the Federal Public Defender  
400 Route 8, Suite 501  
First Hawaiian Bank Building  
Mongmong, Guam 96910  
(671) 472-7111

Name of Court Reporter: **Wanda Miles**  
Transcript Required: ☑ Yes ☐ No  
If yes, date ordered or to be ordered __9/3/2008__ (including arrangements for payment with court reporter.)

If transcript required, complete Transcript Order Form CA9-036; contact court reporter immediately to make arrangements for transcription.