# District Court of Guam

4TH FLOOR, U.S. COURTHOUSE
520 WEST SOLEDAD AVENUE
HAGÅTÑA, GUAM 96910
Telephone: (671) 473-9100; Facsimile: (671) 473-9152
www.gud.uscourts.gov

FRANCES M. TYDINGCO-GATEWOOD
Chief Judge

September 11, 2008

JEANNE G. QUINATA
Clerk of Court

OFFICE OF THE CLERK
U. S. Court of Appeals
  for the Ninth Circuit
95 Seventh Street
P. O. Box 193939
San Francisco, CA  94119-3939

RE:   **CRIMINAL CASE NO. 07-00074-001**
       **USA vs Vince P.T. Garrido**

In reference to the above-entitled cases, enclosed herewith please find the following:

(X)    Certified copy of Notice of Appeal, **filed September 11, 2008**

(X)    Certified copy of Judgment, **filed September 10, 2008**

(X)    Certified copy of Docket Sheet

(X)    Notice of Appeal Notification Form

(X)    Order for Time Schedule

( )    Other

Please acknowledge receipt on the enclosed copy of this letter.  Thank you.

Sincerely,

Marilyn B. Alcon
Deputy Clerk

Enclosure(s)
cc:    Rosetta San Nicolas        John T. Gorman

# NOTICE OF APPEAL NOTIFICATION FORM

Please Fill Out Completely

## CASE INFORMATION:

Short Case Title: **USA vs Garrido**
Court of Appeals No. (leave blank if a unassigned)_____
U.S. District Court, Division & Judge Name: **District Court of Guam/Hon. Frances Tydingco-Gatewood**
Criminal and/or Civil Case No.: **CR-07-00074-001**
Date Complaint/Indictment/Petition Filed: **August 8, 2007**
Date Appealed order/judgment *entered*: **Judgment filed 9/10/2008 - EOD 9/10/2008**
Date NOA *filed*: **NOA filed 9/11/2008**
Date(s) of Indictment **8/8/2007** Plea Hearing_____ Sentencing **9/3/2008**

COA Status (check one):   ☐ granted in full (attach order)     ☐ denied in full (send record)
                          ☐ granted in part (attach order)    ☐ pending

Court Reporter(s) Name & Phone Number: **Wanda M. Miles/(671)472-8655**

*Magistrate Judge's Order? If so, please attach.*

### FEE INFORMATION
| | |
|---|---|
| Date Docket Fee Paid: **N/A** | Date Docket Fee Billed:_____ |
| Date FP granted:_____ | Date FP denied:_____ |
| Is FP pending?  yes ☐ no | Was FP limited ☐? Revoked ☐? |
| US Government Appeal? ☐ yes **X** no | |
| Companion Cases?  Please list:_____ | |

*Please attach copy of any order granting, denying or revoking FP.*

### COUNSEL INFORMATION (please include email address)

| Appellate Counsel: | Appellee Counsel: |
|---|---|
| **John T. Gorman** | **Rosetta San Nicolas** |
| **Office of the Federal Public Defender** | **Assistant U.S. Attorney** |
| **400 Route 8, Suite 501** | **Sirena Plaza, Suite 500** |
| **First Hawaiian Bank Building** | **108 Hernan Cortez Avenue** |
| **Mongmong, Guam  96910** | **Hagatna, Guam  96910** |
| **john_t_gorman@fd.org** | **rosetta_sannicolas@usdoj.gov** |

☐ retained   ☐ CJA   ☐ FPD    Pro Se  ☐ Other            *Please attach appointment order.*

### DEFENDANT INFORMATION
Prisoner ID_____        Address:
Custody_____
Bail_____

### AMENDED NOTIFICATION INFORMATION
Date Fees Paid_____      9th Circuit Docket Number_____

Name & Phone Number of Person Completing this Form: **Marilyn B. Alcon/(671)473-9138**
marilyn_alcon@gud.uscourts.gov